PROB 12B
(7/93)

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 0 8 2005

JAMES R. _____ CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Michael D Dorton        Case Number: 2:02CR06046-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 4/9/2003        Type of Supervision: Supervised Release

Original Offense: Bank Robbery             Date Supervision Commenced: 8/3/2005

Original Sentence: Prison - 38 Months; TSR - 24 Months        Date Supervision Expires: 8/2/2007

## PETITIONING THE COURT

To modify Mr. Dorton's conditions of supervised release as follows:

18. The defendant shall provide a maximum of six urinalysis testings per month at the direction of his probation officer.

## CAUSE

On August 30, 2005, Mr. Dorton tested positive for the presence of ecstacy. Once again on November 4, 2005, Mr. Dorton tested positive for the presence of cocaine.

Due to the Stephens ruling in the Ninth Circuit Court of Appeals, it is respectfully requested the modification to Mr. Dorton's conditions of supervised release be approved. This will allow for continued urinalysis testing, which will hold Mr. Dorton accountable for his actions.

Respectfully submitted,

by  *David L. McCary*
David L. McCary
U.S. Probation Officer
Date: December 5, 2005

Prob 12B
**Re: Dorton, Michael D**
**December 5, 2005**
**Page 2**

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

12/8/05
_____
Date